UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN M. MYLAND,

    Plaintiff,

v.                                        Case No. 1:16-cv-44
                                        Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  March 30, 2017                     /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge